UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDRE JAYVON BENARD,<br>Defendant. | Case No. 26-cr-00127-TLT-1<br>**ORDER RE. STIPULATION TO EXCLUDE TIME**<br>Re: Dkt. No. 26 |

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the status conference currently scheduled for August 21, 2026, to October 23, 2026, and finds that failing to exclude the time from August 21, 2026, through October 23, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from August 21, 2026, to October 23, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 21, 2026, through October 23, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

//

//

United States District Court
Northern District of California

The matter is set for October 23, 2026 at 8:30 a.m. for an Out of Custody Status Video Conference. The matter will be re-set for the 9 a.m. calendar if requested in advance.

IT IS SO ORDERED.

Dated: August 19, 2026

TRINA L. THOMPSON
United States District Judge